Edward W. Swanson, SBN 1598591
ed@smllp.law
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorney for GREGG JACLIN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GREGG JACLIN,<br><br>Defendant. | CASE NO. CR 17-00281 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** |

## STIPULATION

Defendant Gregg Jaclin, by and through his counsel, Edward W. Swanson, and the United States, by and through Assistant United States Attorney Benjamin Kingsley, hereby stipulate and agree as follows:

1) The above-captioned case is scheduled for a status conference on August 4, 2017 at 1:30 p.m. The status conference was originally scheduled for August 2, 2017, but the Court rescheduled the status conference to August 4, 2017.

2) The parties hereby stipulate to continue the hearing to August 30, 2017 at 1:30 p.m., or as soon thereafter as the Court is available. Undersigned defense counsel recently substituted into this case as lead attorney for Mr. Jaclin. The requested continuance will allow defense counsel time to review the discovery and otherwise familiarize himself with the case before the appearance.

3) The parties also stipulate and request that the Court exclude from the time limits of 18 U.S.C. § 3161 the period from August 2, 2017 through August 30, 2017. The parties stipulate that the continuance should be granted in order to allow adequate time for defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

4) Therefore, the parties HEREBY STIPULATE that the status conference set for August 4, 2017 at 1:30 p.m. be continued to August 30, 2017 at 1:30 p.m., and that time be excluded from the time limits of 18 U.S.C. § 3161 for the period from August 2, 2017 through August 30, 2017.

**IT IS SO STIPULATED.**

DATED: August 1, 2017 _____/s/_____
BENJAMIN KINGSLEY
Assistant United States Attorney


_____/s/_____
EDWARD W. SWANSON
Swanson & McNamara LLP
Attorneys for GREGG JACLIN

**ORDER**

For the reasons stated above, the Court HEREBY CONTINUES the status conference currently set for August 4, 2017 at 1:30 p.m. until August 30, 2017 at 1:30 p.m., and that exclusion of time between August 2, 2017 and August 30, 2017 is warranted under 18 U.S.C. § 3161; that the ends of justice served by the continuance outweigh the interests of the public and the defendant in the prompt disposition of this criminal case; and that the failure to grant the requested exclusion of time would deny counsel for the defendant and for the government the reasonable time necessary for effective preparation of counsel, taking into account the exercise of due diligence, and would result in a miscarriage of justice.   18 U.S.C. § 3161(h)(7)(B)(iv).

DATED: _____

HON. CHARLES R. BREYER
United States District Court Judge