1 Edward W. Swanson, SBN 159859
ed@smllp.law
2 Audrey Barron, SBN 286688
audrey@smllp.law
3 SWANSON & McNAMARA LLP
4 300 Montgomery Street, Suite 1100
San Francisco, California 94104
5 Telephone: (415) 477-3800
6 Facsimile: (415) 477-9010

7 Attorneys for GREGG JACLIN

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 17-00281 RS |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** |
| v. | |
| GREGG JACLIN, | |
| Defendant. | |

**STIPULATION**

Defendant Gregg Jaclin, by and through his counsel, Edward W. Swanson, and the United States, by and through Assistant United States Attorney Benjamin Kingsley, hereby stipulate and agree as follows:

1) The above-captioned case is scheduled for a status conference on January 16, 2018 at 2:30 p.m.

2) The parties hereby stipulate to continue the hearing to February 27, 2018 at 2:30 p.m., or as soon thereafter as the Court is available. Defense counsel continue to review

1

voluminous discovery in this case and will be better prepared to set future dates after a short continuance.

3) The court previously waived Mr. Jaclin's personal appearance at the January 16, 2018 status conference pursuant to Federal Rule of Criminal Procedure 43. The parties stipulate and request that the Court waive Mr. Jaclin's personal appearance at the continued hearing on February 27, 2018.

4) The parties also stipulate and request that the Court exclude from the time limits of 18 U.S.C. § 3161 the period from January 16, 2018 through February 27, 2018. The parties stipulate that the continuance should be granted in order to allow adequate time for defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

5) Therefore, the parties HEREBY STIPULATE that the status conference set for January 16, 2018 at 2:30 p.m. be continued to February 27, 2018 at 2:30 p.m., that the personal appearance of Mr. Jaclin at the status conference be waived, and that time be excluded from the time limits of 18 U.S.C. § 3161 for the period from January 16, 2018 through February 27, 2018.

**IT IS SO STIPULATED.**

DATED: January 8, 2018

           /s/
BENJAMIN KINGSLEY
Assistant United States Attorney

           /s/
EDWARD W. SWANSON
Swanson & McNamara LLP
Attorneys for GREGG JACLIN

**ORDER**

For the reasons stated above, the Court HEREBY CONTINUES the status conference currently set for January 16, 2018 at 2:30 p.m. until February 27, 2018 at 2:30 p.m., waives Mr. Jaclin's personal appearance at the status pursuant to Federal Rule of Criminal Procedure 43, and finds that exclusion of time between January 16, 2018 at 2:30 p.m. and February 27, 2018 is warranted under 18 U.S.C. § 3161; that the ends of justice served by the continuance outweigh the interests of the public and the defendant in the prompt disposition of this criminal case; and that the failure to grant the requested exclusion of time would deny counsel for the defendant and for the government the reasonable time necessary for effective preparation of counsel, taking into account the exercise of due diligence, and would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(iv).

DATED: 1/8/18

_____
HON. RICHARD SEEBORG
United States District Court Judge