Edward W. Swanson, SBN 1598591
ed@smllp.law
Audrey A. Barron, SBN 286688
audrey@smllp.law
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for GREGG JACLIN

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 17-00281 RS |
| Plaintiff, | **AMENDED STIPULATION AND [~~PROPOSED~~] ORDER PERMITTING TRAVEL** |
| v. | |
| GREGG JACLIN, | |
| Defendant. | |

## STIPULATION

Defendant Gregg Jaclin, by and through his counsel, Edward W. Swanson, and the United States, by and through Assistant United States Attorney Benjamin Kingsley, hereby stipulate and agree as follows:

1) Mr. Jaclin is currently on pretrial release. The conditions of his release do not permit travel outside of the United States without prior court approval.

2) Mr. Jaclin plans to travel to Vancouver, Canada for business purposes. Mr. Jaclin would travel to Vancouver on January 29, 2018 and would return to his home in New Jersey departing on January 31, 2018 and arriving on February 1, 2018.

3) Officer Lura Jenkins of Pretrial Services for the District of New Jersey and Officer Katrina Chu of Pretrial Services for the Northern District of California have no objection to the travel request.

4) Therefore, the parties HEREBY STIPULATE that Mr. Jaclin be permitted to take the above-referenced international trip departing January 29, 2018 and returning to New Jersey departing on January 31, 2018 and arriving on February 1, 2018.

**IT IS SO STIPULATED.**

DATED: January 25, 2018  /s/
BENJAMIN KINGSLEY
Assistant United States Attorney


/s/
EDWARD W. SWANSON
Swanson & McNamara LLP
Attorneys for GREGG JACLIN

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED. Defendant Gregg Jaclin is permitted to travel to Vancouver, Canada on January 29, 2018 and departing Vancouver on January 31, 2018 arriving in New Jersey February 1, 2018. All other conditions of Mr. Jaclin's release will remain in effect.

DATED: 1/25/18

_____
HON. RICHARD SEEBORG
United States District Court Judge