ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 430353)
Chief, Criminal Division

BENJAMIN KINGSLEY (CABN 314192)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6937
    Fax: (415) 436-7234
    Benjamin.Kingsley@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO CR 17-00281 RS |
| Plaintiff, | STIPULATION TO EXCLUDE TIME AND [~~PROPOSED~~] ORDER |
| v. | |
| GREGG JACLIN, | |
| Defendant. | |

The parties request that the time between February 27, 2018 and May 15, 2018, be excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B). The government has produced approximately 1 million pages of discovery to defendant and defense counsel is continuing to review it. Excluding time until May 15, 2018, will allow for the effective preparation of counsel, taking into account the nature of the prosecution and the particular complexity of this case, and the ends

//
//
//
//
//

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
CR 17-00281 RS     2

of justice served by this delay outweigh the defendant's and the public's interest in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(B)(ii), (iv).

IT IS SO STIPULATED.

Dated: March 6, 2018

/s/
BENJAMIN KINGSLEY
Assistant United States Attorney

Dated: March 6, 2018

/s/
EDWARD W. SWANSON
Counsel for Defendant Gregg Jaclin

| | |
|---|---|
| 1 | [PROPOSED] ORDER |
| 2 | The Court finds that the exclusion of the period from February 27, 2018, to May 15, 2018, from |
| 3 | the time limits applicable under 18 U.S.C. § 3161, is warranted; that the ends of justice served by the |
| 4 | continuance outweigh the interests of the public and the defendants in the prompt disposition of this |
| 5 | criminal case; and that the failure to grant the requested exclusion of time would deny counsel for |
| 6 | defendant the reasonable time necessary for effective preparation and of counsel, taking into account the |
| 7 | particular complexity of the case and the exercise of due diligence, and would result in a miscarriage of |
| 8 | justice. *See* 18 U.S.C. § 3161(h)(7)(B)(ii), (iv). |
| 9 | IT IS SO ORDERED. |

Dated: 3/7/18

HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE