Edward W. Swanson, SBN 1598591
ed@smllp.law
Audrey A. Barron, SBN 286688
audrey@smllp.law
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for GREGG JACLIN

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>GREGG JACLIN,<br><br>    Defendant. | CASE NO. CR 17-00281 RS<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE** |

   IT IS HEREBY STIPULATED AND AGREED between defendant Gregg Jaclin, by and through his undersigned defense counsel, and the United States of America by and through its counsel, Assistant U.S. Attorney Ben Kingsley, that Mr. Jaclin's conditions of release be modified to allow international travel with the pre-approval of Pretrial Services and the United States.

   Mr. Jaclin is out of custody on a $300,000 unsecured bond and has been in consistent compliance with the conditions of his release. The conditions of Mr. Jaclin's release do not permit international travel without Court approval. Mr. Jaclin has received Court approval to travel internationally several times while on Pretrial release and has completed that travel

1

1 without incident.  Mr. Jaclin has plans to attend several business conferences and meetings
2 overseas in the coming months.  Undersigned counsel agree and respectfully request that Mr.
3 Jaclin's conditions of release be modified to permit him to travel internationally with the
4 preapproval of Pretrial Services and the United States.  U.S. Pretrial Officer Katrina Chu has no
5 position on this modification.

**IT IS SO STIPULATED.**

DATED:       June 25, 2019                                 /s/
BENJAMIN KINGSLEY
Assistant United States Attorney

                                                                         /s/
EDWARD W. SWANSON
Swanson & McNamara LLP
Attorneys for GREGG JACLIN

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED. The defendant's terms of release are modified to permit him to travel internationally with the preapproval of Pretrial Services and the United States. All other conditions of Mr. Jaclin's release will remain in effect.

DATED: _____

HON. RICHARD SEEBORG
United States District Court Judge