Case 3:17-cr-00281-RS   Document 87   Filed 01/22/21   Page 1 of 1
Case 3:21-cr-00058-AET   Document 1   Filed 01/22/21   Page 1 of 1 PageID:

FILED
Jan 22 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*
CR 17-00281-001

DOCKET NUMBER *(Rec. Court)*
3:21CR58 (AET)

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Gregg Jaclin<br><br>West Windsor Township, New Jersey 08550 | Northern District of California | San Francisco |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Richard Seeborg | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE: | FROM: 06/22/2020    TO: 06/21/2023 |

**OFFENSE**

18:371.F, Conspiracy To Defraud The United States; 18:1505.F, Obstruction Of Proceeding Before Departments/Agencies

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Northern District of California

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of New Jersey upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

January 5, 2021
Date

*[signature]*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE District of New Jersey

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

1/21/21
Effective Date

*[signature]*
United States District Judge